|                                      | AUSA:          | Erin Ramamurthy    | Telephone: (313) 226-9100 |
|--------------------------------------|----------------|--------------------|---------------------------|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Andrew Erber, HSI | Telephone: (513) 800-5125 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | |
|---|---|
| v. | Case: 2:23-mj-30243 |
| Harpinder SINGH | Assigned To : Unassigned |
| | Case No. Assign. Date : 6/9/2023 |
| | CMP USA V SINGH (LH) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 8, 2023_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Andrew Erber, Special Agent, DEA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Judge's signature

Date: June 9, 2023

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
Printed name and title


# AFFIDAVIT

I, Andrew P. Erber, being duly sworn, hereby states:

1. I have been a Special Agent (SA) with Immigration and Customs Enforcement/Homeland Security Investigations (ICE/HSI) for the past eleven months. Prior to this, I was a United States Border Patrol Agent for approximately six years.

2. The following information is based upon my own knowledge and previous experiences as well as the knowledge of fellow law enforcement officers. The following affidavit contains only those facts I believe necessary to establish probable cause and does not necessarily contain all the facts known at this time.

3. On June 8, 2023, Customs and Border Protection (CBP) officers conducted an outbound inspection of Ontario plated (PA79849) commercial tractor as it was proceeding into Canada at the Blue Water Bridge, Port Huron, Michigan Port of Entry (POE). The commercial tractor was driven by Harpinder SINGH, a Citizen of India and permanent resident of Canada. The outbound inspection was initiated after CBP Officers Camp and Buckley observed a truck company "Avon" that they were unfamiliar with and inspected the vehicle. CBP Officer Camp spoke with SINGH while CBP Officer

Buckley walked to the rear of the vehicle and inspected the trailer, where he noticed the side of the cab had a FAST approved logo, but the seal on the trailer was not a FAST approved seal. CBP Officer Camp noticed SINGH was speaking with a nervous tone and manner and asked SINGH to step down from the vehicle.

4. CBP Officer Buckley conducted a cabin check of the tractor and observed a five pack of metallic seals on the floor, with one missing. These seal packs are commonly purchased at truck stops and travel centers. One of the five seals was placed on the trailer SINGH was hauling as all five seals ended in consecutive numbers.

5. A red plastic seal bearing the number stated on the manifest, was found on top of the manifest on the floor of the tractor. CBP Officers Buckley and Camp directed SINGH and his commercial tractor into the CBP inspection area for a mobile X-Ray of the truck and trailer.

6. During the X-Ray examination, CBP officers had to warn SINGH to stay away from the truck as he began walking back towards it prior to X-ray.

7. Following the X-Ray examination, CBP Officer Buckley asked SINGH to open the trailer doors for a more intrusive examination. SINGH only opened the right door to the trailer but made multiple

glances at the left trailer door. The CBP Officers observed two pallets loaded inside the trailer and pushed to the right side of the trailer. Upon opening the left trailer door, CBP Officer Buckley found three brown moving boxes and a black suit case stored between the cargo and trailer wall.

8. Further inspection of the brown moving boxes and suitcase revealed stacks of square objects wrapped in black duct tape and then sealed in vacuum bags. CBP Officer Camp tested the contents of the vacuum sealed bag using the GEMINI, a field testing tool, yielding positive results for cocaine. Samples will be preserved and sent to a laboratory for additional testing.

9. Investigators searched the boxes and suitcase and ultimately recovered approximately 80 bricks, each weighing approximately a kilogram. Four of the bricks were tested, and all of the bricks tested positive for cocaine.

10. CBP Officer Camp approached SINGH and placed him in handcuffs. According to the officers, SINGH did not ask why he was being placed in handcuffs at the time and instead merely slumped his head and remained quiet. CBP officers walked SINGH to the CBP

administration building and placed him in a detention cell. At no time did SINGH inquire why he was being detained.

11. At approximately 0740 hours, I approached SINGH in the holding cell to gather his biographical information and conduct an interview. I advised SINGH of his Miranda rights and asked him to initial the Miranda form that he had read the statements and understood them. SINGH stated that he wanted to waive his right to remain silent and speak with me. After a brief interview, SINGH stated that he would like to speak with a lawyer and the interview was terminated.

12. A search of the cab was conducted, and investigators recovered used white latex gloves, on the floor of the cab. Additionally, investigators found grey duct tape in the cab, which matched the color and type of tape used to seal the brown moving boxes.

13. Based upon the aforementioned facts, I believe that there is probable cause to believe that Harpinder SINGH did knowingly and unlawfully possess with the intent to distribute a controlled substance, specifically, cocaine, a schedule II controlled substance, all in violation of Title 21 USC 841 (a)(1).

_____
Andrew P. Erber, Special Agent
Immigration and Customs Enforcement
Homeland Security Investigations

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Hon. Anthony P. Patti          June 9, 2023
United States Magistrate Judge